UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROY LUCAS,<br><br>                       Petitioner,<br><br>     -against-<br><br>STATE OF NEW YORK,<br><br>                       Respondent. | 24cv2085 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 5, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 10, 2024
          New York, New York

                                                        /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                   Chief United States District Judge